[No. 15034-1-I. Division One. July 21, 1986.]

JOHN CUEVAS, ET AL, *Appellants,* v. DOROTHY HOULE, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 83-2-16897-0, Horton Smith, J., entered June

12, 1984. *Affirmed* by unpublished opinion per Schumacher, J. Pro Tem., concurred in by Cole and Utter, JJ. Pro Tem.